# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3009

_____

Umar M. Abdullah, also known as          *
Otha Townsend,                           *
                                         *
                    Appellant,           *
                                         *
          v.                             *
                                         *
Sheryl Ramstad Hvass,                    *
Commissioner of Corrections; Eric        *    Appeal from the United States
Skon, Assistant Commissioner of          *    District Court for the District
Corrections; David Crist, Warden         *    of Minnesota.
of Stillwater Correctional Facility;     *
Regina Stepney, Head Casemanager         *         [UNPUBLISHED]
for Stillwater Facility; Wayne King,     *
Medical Technical; HAEF,                 *
Lieutenant Officer for Stillwater        *
Facility; John Doe, (9) (unknown)        *
Correctional Officers,                   *
                                         *
                    Appellees.           *

_____

Submitted:  May 3, 2002

Filed:  May 6, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Umar M. Abdullah appeals the district court's dismissal under 28 U.S.C. § 1915A(b)(1) of Abdullah's 42 U.S.C. § 1983 claim. Having carefully reviewed the record and the parties' briefs, we affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.